IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THE ORMONDY CONDOMINIUM
MANAGEMENT ASSOCIATION, INC.,

      Appellant,

v.

DEBRA FOLKES, GORDON FOLKES,
CRAIG WILLIAMS, LENA WILLIAMS,
DENISE SCHENTRUP, MICHAEL
SCHENTRUP, PRISCILLA BOHRER, PHILIP
BRAUN, GIOVANNA MADONNA, KIMBERLY
MANFREDI AND ALBERT MANFREDI,

      Appellees.

_____/

Case No. 5D22-54
LT Case No. 2021-CA-001849

Opinion filed March 31, 2023

Nonfinal Appeal from the Circuit Court
for Seminole County,
Jessica Recksiedler, Judge.

Therese A. Savona, of Cole, Scott &
Kissane, P.A., Orlando, for
Appellant.

James S. Byrd, Jr., of Byrd Law
Firm, P.A., Orlando, for Appellees.

PER CURIAM.

Appellant, The Ormondy Condominium Management Association, Inc., argues, *inter alia*, that the trial court erred when it entered a temporary injunction without making factual findings in the order and without requiring Appellees to post a bond. *See* Fla. R. Civ. P. 1.610(b)–(c); *see also Cabana Key Condo. Ass'n v. Schofield*, 278 So. 3d 887, 888 (Fla. 5th DCA 2019); *Rsrv. at Wedgefield Homeowners' Ass'n v. Dixon*, 948 So. 2d 65, 67 (Fla. 5th DCA 2007). We agree and reverse on these two grounds and remand for further proceedings consistent with this opinion.

We reject Appellant's arguments that there was not a sufficient controversy to merit a temporary injunction or that the injunction was overly broad and not supported by competent, substantial evidence.[1]

AFFIRMED in part; REVERSED in part; and REMANDED.

LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.

---

[1] We have considered the issues on appeal only as they were framed in Appellant's initial brief. We express no opinion on the ultimate merits of this case.